**HINSHAW & CULBERTSON**
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASTRID ANGOLINI,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 4:17-cv-01793-WSG<br><br>Honorable Haywood S. Gilliam Jr. (Oakland)<br><br>**ORDER GRANTING DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S REQUEST TO APPEAR AT CASE MANAGEMENT CONFERNECE BY TELEPHONE**<br><br>Date:　July 11, 2017<br>Time:　2:00 p.m.<br>Courtroom:　2 – 4th Floor<br><br>Complaint Filed: March 31, 2017<br>Discovery Cut-off: Not Set<br>Motion Cut-off: Not Set |

# **ORDER**

Having reviewed Defendant's Request and for good cause shown, IT IS HEREBY ORDERED THAT the Defendant's request for an Order permitting lead counsel to appear telephonically at the Initial Case Management Conference scheduled for July 11, 2017 at 2:00 p.m. is hereby granted. . Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED.**

DATED: June 9, 2017

*[signature]*
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

**HINSHAW & CULBERTSON**
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800